FLND Form 245B (rev 12/2003) Judgment in a Criminal Case      Page 1 of 7
3:15cr59-001/MCR - RAMON A. HERNANDEZ-ROMERO a/k/a "Carlos Albardo"

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**RAMON A. HERNANDEZ-ROMERO**
a/k/a "Carlos Albardo"

Case # 3:15cr59-001/MCR

USM # 23566-017

Defendant's Attorney:
Randall Lockhart (AFPD)
3 West Garden Street, Suite 200
Pensacola, Florida 32502

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Counts One and Two of the Indictment on January 28, 2016. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal Reentry of Removed Alien | September 14, 2015 | One |
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender | September 14, 2015 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
May 10, 2016

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

Date Signed: May 12th, 2016

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  
*3:15cr59-001/MCR - RAMON A. HERNANDEZ-ROMERO a/k/a "Carlos Albardo"*  
*Page 2 of 7*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 months as to each of Counts One and Two, each count to be served concurrently, one with the other.** This 15 months sentence shall be served concurrently with the probation revocation sentence of 364 days of incarceration in Santa Rosa County Circuit Court Docket Number 2011-CF-1011. This state probation revocation sentence was scheduled to expire in March 2016; however, in the event that this state sentence has not yet expired, the defendant should receive credit for all time served commencing on at least May 10, 2016, and he should be allowed federal credit on all future time served in state custody.

No term of supervised release is imposed.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  Page 3 of 7
3:15cr59-001/MCR - RAMON A. HERNANDEZ-ROMERO a/k/a "Carlos Albardo"

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| Remitted | Waived | None |

### SPECIAL MONETARY ASSESSMENT

A special monetary assessment was remitted under 18 U.S.C. § 3573.

### FINE

No fine imposed.

### RESTITUTION

No restitution imposed.